UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MERAZ-ESPINOZA,<br>Plaintiff,<br>v.<br>M. MIRANDA,<br>Defendant. | No. 1:26-cv-02892-JLT-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF Nos. 8, 9) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On July 7, 2026, the Court screened Plaintiff's first amended complaint and determined the action should proceed on Plaintiff's excessive force claim against Defendant Miranda, and the deliberate indifference claim should be dismissed for failure to state a cognizable claim. (ECF No. 8.) Plaintiff filed objections to the Findings and Recommendations on July 27, 2026. (ECF No. 9.) In his objections, Plaintiff argues that his deliberate indifference claim should not be dismissed "since Defendant deliberately chose to not summon medical help/attention for the Plaintiff." (Id.) Plaintiff continues to add additional factual allegations relating to his deliberate indifference claim that were not raised in the first amended complaint that was screened in the Findings and Recommendations. (Id.) In light of Plaintiff's additional allegations, the Court will hold the Findings and Recommendations in abeyance and grant Plaintiff an opportunity to file a

second amended complaint which includes all of the factual allegations presented in the first amended complaint and in his objections. Plaintiff is advised that the Court cannot refer to a prior pleading in order to make Plaintiff's amended complaint complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. This requirement exists because, as a general rule, an amended complaint supersedes the original complaint. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' "). Thus, any amended complaint should include all factual allegations relating to Plaintiff's deliberate indifference and excessive force claims.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order to file a second amended complaint;
2. The Clerk of Court shall send Plaintiff a blank civil rights complaint; and
3. If Plaintiff fails to file a second amended complaint, the Court will submit the Findings and Recommendations recommending dismissal of the deliberate indifference claim to the assigned District Judge.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge